# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **PRETRIAL STATUS CONFERENCE** |
| vs. | ) |
| | ) Case No. 1:24-cr-191 |
| John Carlo Vazquez-Guizar, | ) |
| Defendant. | ) |

The undersigned shall hold a pretrial status conference with counsel by telephone on May 21, 2025, at 11:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court